Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>MARK D. RODRIGUEZ,<br><br>　　　　　Defendant. | Docket Number  6:20-po-00534-HBK<br><br>**MOTION TO RESOLVE VIOLATION NUMBER 9293026 THROUGH FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON** |

　　　The United States hereby moves to resolve the above-captioned matter, violation number 9293026, through a forfeiture of collateral, consistent with the bail schedule, $320, plus the $30 processing fee, with 90 days from the date of the signed order to pay.

　　　Dated:  December 22, 2020　　　　　　　　/S/ Sean O. Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Sean O. Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

**ORDER**

Upon motion of the United States, the matter of *United States v. Rodriguez,* case no. 6:20-po-00534-HBK (violation no. 9293026), shall be resolved through a forfeiture of collateral, consistent with the bail schedule ($320.00 plus the $30.00 processing fee) for a total amount due of **$350.00 to be paid no later than ninety (90) days from the date of this order**.

IT IS SO ORDERED.

Dated:   December 22, 2020

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE